FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _shy_                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SEAN MATSUNAGA,<br><br>Petitioner,<br><br>v.<br><br>LINDA McGREW,<br><br>Respondent. | Case No.  CV 13-00547 JSL (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

_Spencer Letts_

Dated: February  11, 2013

J. SPENCER LETTS
SENIOR JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 1 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _shy_                    DEPUTY