FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy       DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN MATSUNAGA,<br>　　　　Petitioner,<br>　　v.<br>LINDA McGREW,<br>　　　　Respondent. | Case No. CV 13-00547 JSL (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

*Spencer Letts*

Dated: February 11, 2013

J. SPENCER LETTS
SENIOR JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 11 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy       DEPUTY